**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS JAVIER JASSO,<br><br>               Petitioner,<br><br>    v.<br><br>CLARK E. DUCART,<br><br>               Respondent. | **Case No. CV 15-3512 AG (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 30, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE